UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND TRENT GILMORE, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>MCMILLAN-HENDRYX INCORPORATED, *doing business as American Seals West, Inc.,* GARY HENDRYX, JUSTIN HENDRYX, DEB C. HALL,<br><br>Defendants. | No.  1:20-cv-00483-HBK<br><br>PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41 (a)(1)(A)(ii)[1]<br><br>(Doc. No. 25) |

On May 5, 2022, Plaintiff filed a Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) due to the parties reaching a settlement agreement.  (Doc. No. 25).  The Notice states the dismissal is *with prejudice*.  (*Id.*).

Rule 41(a)(1)(A)(ii) in pertinent part provides that, "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." A voluntary stipulation pursuant to Rule 41(a)(1)(A)(ii) automatically terminates the action between the parties without operation of a court order.  *Black Rock City, LLC v. Pershing Cty. Bd. of Comm'rs*,

---

[1] Both parties have consented to the jurisdiction of a magistrate judge, in accordance with 28 U.S.C. §636(c)(1).  (Doc. No. 16).

1

637 F. App'x 488 (9th Cir. 2016) (citations omitted). Here, the parties have signed and dated the Stipulation to dismiss this action.

      Accordingly, the Clerk of Court shall terminate all pending motions and deadlines and CLOSE this action to reflect the Plaintiff's Notice of Dismissal (Doc. No. 25) of this action with prejudice pursuant to Rule 41(a)(1)(A)(ii).

Dated:   May 14, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE